IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JEFFREY L. DAVIDSON, #11622-045                              PETITIONER

VERSUS                          CIVIL ACTION NO. 5:07cv97-DCB-MTP

CONSTANCE REESE, Warden                                      RESPONDENT

## FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the memorandum opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this court.

SO ORDERED AND ADJUDGED, this the  29th  day of January, 2009.

                             s/ David Bramlette
                             UNITED STATES DISTRICT JUDGE